# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| EDDIE MATTHEWS, et al., | : | Case No. 1:20-cv-462 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| JEFFREY STAMM, et al., | : | |
| | : | |
| Defendants. | : | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised by Magistrate Judge Stephanie K. Bowman that this matter has settled, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF OHIO

                                                By:   */s/ Matthew W. McFarland*
                                                      JUDGE MATTHEW W. McFARLAND